KAREN P. HEWITT
United States Attorney
CHARLOTTE E. KAISER
Assistant United States Attorney
California State Bar No. PENDING
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
619 557-7031 (Telephone)/619 557-5551 (Fax)
Email: charlotte.kaiser@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0616-IEG |
| Plaintiff, ) | GOVERNMENT'S SENTENCING SUMMARY CHART AND MOTION UNDER U.S.S.G. § 3E1.1(b) |
| v. ) | |
| JUAN CARLOS DAVILA, ) | Date: June 16, 2008 |
| Defendant. ) | Time: 9:00 a.m. |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Charlotte E. Kaiser, Assistant United States Attorney, hereby files its Sentencing Summary Chart and Motion under U.S.S.G. § 3E1.1(b), which is based upon the files and records of this case.

DATED:   May 12, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/Charlotte E. Kaiser
CHARLOTTE E. KAISER
Assistant United States Attorney